# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D17-3120

_____

ARTHUR W. LAUX, Former
Husband,

Appellant,

v.

MELISSA P. LAUX, Former Wife,

Appellee.

_____

On appeal from the Circuit Court for Santa Rosa County.
Marci L. Goodman, Judge.

September 26, 2018

PER CURIAM.

AFFIRMED.

B.L. THOMAS, C.J., and ROWE and M.K. THOMAS, JJ., concur.

_____

***Not final until disposition of any timely and
authorized motion under Fla. R. App. P. 9.330 or
9.331.***

_____

Ross A. Keene of Ross Keene Law, P.A., Pensacola, for Appellant.

Laura E. Keene of Beroset & Keene, Pensacola, for Appellee.